Filed 10/4/13  In re R.B. CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

| | |
|---|---|
| In re R.B., a Person Coming Under the Juvenile Court Law. | |
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>R. B.,<br><br>    Defendant and Appellant. | E058599<br><br>(Super.Ct.Nos. KJ37882, J248368)<br><br>OPINION |

APPEAL from the Superior Court of San Bernardino County.  Barbara A. Buchholz, Judge.  Affirmed.

Caroline R. Hahn, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

The minor was ordered to serve six months of informal probation after the juvenile court in Los Angeles County found true allegations that he committed misdemeanor

1

battery (Pen. Code, § 242) and misdemeanor disturbing the peace by fighting (Pen. Code, § 415, subd. (1).)  As discussed below, we affirm the judgment.

## FACTS AND PROCEDURE

On the night of November 25, 2012, the minor was eating at a restaurant with his cousin and uncle, along with several other family members.  The victim was with his girlfriend at the restaurant, sitting on a bench waiting for their takeout order to be ready.  The minor and his cousin were either laughing at the victim or staring at his girlfriend.  The victim told his girlfriend to wait outside in the car.  The victim stood on the other side of a salsa bar from the minor and his cousin and spoke to them.  The minor's uncle got up and approached the victim from the front.  The minor and his cousin went around the victim to stand behind him.  The three males hit and punched the victim for three to four minutes before first an acquaintance intervened and then police arrived.

On January 28, 2013, the People filed a juvenile petition in the Los Angeles County Juvenile Court charging the minor with misdemeanor battery and misdemeanor disturbing the peace.

On February 25, 2013, the juvenile court found the allegations true and transferred the matter to San Bernardino County for disposition.

On April 23, 2013, the San Bernardino County Juvenile Court placed the minor on summary probation for six months.  This appeal followed.

## DISCUSSION

Upon the minor's request, this court appointed counsel to represent him.  Counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 and *Anders*

*v. California* (1967) 386 U.S. 738 [87 S.Ct. 1396, 18 L.Ed.2d 493], setting forth a statement of the case, a summary of the facts, and potential arguable issues and requesting this court to conduct an independent review of the record.

We offered the minor an opportunity to file a personal supplemental brief, but he has not done so. Pursuant to the mandate of *People v. Kelly* (2006) 40 Cal.4th 106, we have independently reviewed the record for potential error and find no arguable issues.

**DISPOSITION**

The judgment is affirmed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

RAMIREZ
P. J.

We concur:

HOLLENHORST
J.

KING
J.